[No. 3463–1–III. Division Three. March 16, 1982.]

THOMAS BROWN, as *Personal Representative, Appellant,*
v. SPOKANE COUNTY FIRE PROTECTION DISTRICT
No. 1, *Respondent.*

SPOKANE COUNTY FIRE PROTECTION DISTRICT No. 1,
*Respondent,* v. VICTOR HOLMES,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–00755–7, Donald N. Olson, J., entered May 11, 1979. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 4189–1–III. Division Three. March 16, 1982.]

RICHARD RIEGEL, ET AL, *Appellants,* v. THE COUNTY
OF SPOKANE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–00897–9, Marcus M. Kelly, J., entered September 4, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 4230–8–III. Division Three. March 16, 1982.]

THOMAS GOODENOW, ET AL, *Respondents,* v. ROBERT
ROBBINS, ET AL, *Appellants,* JOHN C. CLARK,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–06810–6, John J. Ripple, J., entered October 22, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.